Date: 01/11/10

## DIVIDENDS REMITTED TO THE COURT

Page: 1

Case Number 09-10150 - KENNEDY, RICKY EUGENE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Westar Energy<br>Attn Bankruptcy Team<br>PO Box 208<br>Wichita KS 67201-0208 | 000001 | 134.85 | 4.62 |
| ---------- Remittance Total ---------------- | | 134.85 | 4.62 |

_STEVEN L. SPETH, Trustee_



FILED AT WICHITA, KS
JAN 12 2010
CLERK
U.S. Court of Bankruptcy
Deputy

Case 09-10150   Doc# 23   Filed 01/12/10   Page 1 of 1

COURTI

Printed 01/11/10 10:12 AM   Ver: 15.06